AO 442 (Rev. 11/11) Arrest Warrant          FID:

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FILED
CHARLOTTE, NC

MAR 22 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

United States of America
v.
Johnny Harris

)
) 3:21-MJ-70
) Case: 1:21-mj-00318
) Assigned To : Meriweather, Robin M.
) Assign. Date : 3/17/2021
) Description: Complaint w/ Arrest Warrant
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          Johnny Harris          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(D) - Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings.

Date:   03/17/2021                              2021.03.17
                                                18:42:49 -04'00'
                                                *Issuing officer's signature*

City and state:   Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/17/2021, and the person was arrested on *(date)* 3/18/2021
at *(city and state)* Shelby, NC.

Date: 3/18/2021

*Arresting officer's signature*

Christopher McMaster, Special Agent, FBI
*Printed name and title*