**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.  21-CR-274 RDM |
| | ) | |
| JOHNNY HARRIS | ) | |
| _____ | ) | |

DEFENDANT'S STATUS REPORT

The defendant by and through his counsel respectfully submits to this

Court that he has no objection to this Court granting Docket entry 34, 35, 36

and 37.

Respectfully submitted this the 8th day of December 2022.

/s/ Samuel J. Randall, IV
SAMUEL J. RANDALL, IV
RANDALL & STUMP, PLLC
NC State Bar#: 25486
2125 Southend Drive
Suite 253
Charlotte, NC 28203
Telephone: (980) 237-4579
Facsimile: (980)209-0029
E-Mail: Sam@RandallStump.com
Counsel for the Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the defendant's Status report was served upon all parties via CM/ECF.

This the 8th day of December 2022.

/s/ Samuel J. Randall, IV
SAMUEL J. RANDALL, IV
Counsel for the Defendant