UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:21-cr-274 (RDM) |
| | : | |
| v. | : | |
| | : | December 20, 2022 |
| JOHNNY HARRIS | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's October 24th Minute Order, the parties hereby respectfully submit this joint status report:

A. Motions Hearing

The parties submit that no motions hearing is required, given the Defendant's lack of objection to the Government's Motions in Limine. *See* Doc. 40. The Government respectfully requests that the Court grant its Motions (Docs. 33, 34, 35, 37) as unopposed.

B. Waiver of Jury Trial

The defendant, Johnny Harris, and his counsel have signed a jury trial waiver, which will be filed shortly after the filing of this joint status report.

C. Expected Government Witnesses

At this time, the Government anticipates calling approximately six witnesses at trial: two FBI agents; two Capitol Police officers; one Metropolitan Police officer; and a member of the Secret Service.

D. Stipulations

The parties are in active negotiations regarding a number of potential stipulations.

E.  <u>Estimated Length of Trial</u>

The Government anticipates that its case in chief will take approximately two or three days of trial time. That estimate may be substantially reduced, however, based on the parties' ability to reach agreement regarding several stipulations.

|  |  |
|---|---|
| FOR THE DEFENDANT | Respectfully submitted,<br><br>MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY |
| _/s/ Samuel J. Randall_<br>Samuel J. Randall, IV | D.C. Bar No. 481052<br><br>/s/_Katherine E. Boyles_<br>KATHERINE E. BOYLES<br>WILLIAM N. WIDMAN<br>ASSISTANT U.S. ATTORNEYS<br>D. Conn. Fed. Bar No. PHV20325<br>United States Attorney's Office<br>Capitol Siege Section<br>601 D Street NW<br>Washington, D.C. 20530<br>Phone: 203-931-5088<br>Katherine.boyles@usdoj.gov |