**Exhibit A**



Exhibit A-1, January 6, 2021, 8:27:48 AM



Exhibit A-2, January 6, 2021, 8:27:54 AM



Still from Exhibit A-3, Timecode 00:00, January 6, 2021, 9:13:30 AM



Still from Exhibit A-4, Timecode 00:00, January 6, 2021, 9:17:46 AM



Still from Exhibit A-5, Timecode 00:00, January 6, 2021, 9:32:22 AM



Still from Exhibit A-6, Timecode 00:00, January 6, 2021, 9:54:16 AM



Exhibit A-7, January 6, 2021, 9:56:22 AM



Still from Exhibit A-8, Timecode 00:00, January 6, 2021, 9:58:12 AM



Exhibit A-9, January 6, 2021, 9:58:28 AM



Exhibit A-10, January 6, 2021, 9:58:46 AM



Still from Exhibit A-11, Timecode 00:00, January 6, 2021, 10:21:40 AM



Still from Exhibit A-12, Timecode 00:00, January 6, 2021, 10:30:30 AM



Still from Exhibit A-13, Timecode 00:00, January 6, 2021, 12:45:20 PM



Still from Exhibit A-14, Timecode 00:00, January 6, 2021, 1:08:18 PM



Still from Exhibit A-15, Timecode 00:00, January 6, 2021, 1:40:50 PM



Exhibit A-16, January 6, 2021, 1:49:50 PM



Still from Exhibit A-17, Timecode 00:00, January 6, 2021, 1:50:32 PM



Still from Exhibit A-18, Timecode 00:00, January 6, 2021, 1:50:40 PM



Still from Exhibit A-19, Timecode 00:00, January 6, 2021, 1:50:56 PM



Still from Exhibit A-20, Timecode 00:00, January 6, 2021, 1:51:08 PM



Still from Exhibit A-21, Timecode 00:00, January 6, 2021, 1:51:30 PM



Still from Exhibit A-22, Timecode 00:00, January 6, 2021, 1:51:54 PM



Still from Exhibit A-23, Timecode 00:00, January 6, 2021,  1:58:28 PM



Still from Exhibit A-24, Timecode 00:00, January 6, 2021, 2:03:54 PM



Still from Exhibit A-25, Timecode 00:00, January 6, 2021,  2:04:24 PM



Still from Exhibit A-26, Timecode 00:00, January 6, 2021, 2:05:04 PM



Exhibit A-27, January 6, 2021,  2:07:26 PM



Exhibit A-28, January 6, 2021, 2:07:30 PM



Exhibit A-29, January 6, 2021, 2:07:34 PM



Exhibit A-30, January 6, 2021, 2:07:42 PM



Exhibit A-31, January 6, 2021, 2:07:44 PM



Exhibit A-32, January 6, 2021, 2:43:56 PM



Exhibit A-33, January 6, 2021,  2:43:58 PM



Exhibit A-34, January 6, 2021, 2:44:00 PM



Exhibit A-35, January 6, 2021, 2:44:02 PM



Exhibit A-36, January 6, 2021, 2:44:26 PM



Still from Exhibit A-37, Timecode 00:01, January 6, 2021, 2:45:12 PM



Still from Exhibit A-38, Timecode 00:03, January 6, 2021, 2:50:00 PM



Still from Exhibit A-39, Timecode 00:00, January 6, 2021, 2:55:48 PM



Exhibit A-40, January 6, 2021, 3:03:20 PM



Exhibit A-41, January 6, 2021, 3:03:22 PM



Exhibit A-42, January 6, 2021, 3:03:24 PM



Exhibit A-43, January 6, 2021, 3:03:28 PM



Exhibit A-44, January 6, 2021, 3:03:38 PM



Still from Exhibit A-45, Timecode 00:00, January 6, 2021, 3:04:10 PM



Still from Exhibit A-46, Timecode 00:00, January 6, 2021, 3:04:38 PM



Exhibit A-47, January 6, 2021, 3:04:48 PM



Exhibit A-48, January 6, 2021, 3:04:50 PM



Exhibit A-49, January 6, 2021, 3:04:52 PM



Exhibit A-50, January 6, 2021, 3:04:52 PM



Exhibit A-51, January 6, 2021, 3:04:54 PM



Exhibit A-52, January 6, 2021, 3:04:58 PM



Exhibit A-53, January 6, 2021, 3:05:00 PM



Still from Exhibit A-54, Timecode 00:00, January 6, 2021, 3:09:46 PM



Still from Exhibit A-55, Timecode 00:00, January 6, 2021, 3:10:02 PM



Still from Exhibit A-56, Timecode 00:00, January 6, 2021, 3:17:36 PM



Still from Exhibit A-57, Timecode 00:00, January 6, 2021, 3:31:14 PM



Exhibit A-58, January 6, 2021, 3:31:20 PM



Exhibit A-59, January 6, 2021, 3:31:24 PM



Exhibit A-60, January 6, 2021



Exhibit A-61, January 6, 2021



Exhibit A-62, January 6, 2021



Still from Exhibit A-63, Timecode 00:00, January 6, 2021



Exhibit A-64, January 6, 2021



Still from Exhibit A-65, January 6, 2021



Exhibit A-66, January 6, 2021