**Exhibit B**



Exhibit B-1, Posted December 20, 2020



Exhibit B-2, Posted January 6, 2021, 2:43 PM



Exhibit B-3, Posted January 6, 2021, 2:43 PM



Exhibit B-4, Posted January 6, 2021, 2:43 PM



Exhibit B-5, Posted January 6, 2021, 2:43 PM



Exhibit B-6, Posted January 6, 2020, 4:18 PM



Exhibit B-7, Posted January 7, 2022



Still from Exhibit B-8, Posted January 7, 2021



Exhibit B-9, Posted January 10, 2022



Exhibit B-10, Posted January 29, 2022



Still from Exhibit B-11, Posted January 29, 2022



Still from Exhibit B-12, Posted January 29, 2022



Still from Exhibit B-13, Posted January 29, 2022



Exhibit B-14, Posted July 28, 2022



Exhibit B-15, Posted August 8, 2022



Still from Exhibit B-16, Posted August 28, 2022



Exhibit B-17, Posted August 31, 2022

| | |
|---|---|
| **Time** | 2020-12-21 16:51:56 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ▇▇▇▇▇ post. `Here Comes The Boom!` |
| **Object Id** | S:_l1416107408639463_1_100000599942034_aTo1MTM4OTEwOTk2MTM0MDUzOw== =_45_0_RDoxOntzOjIxOiJmZWVkVkYmFja190Y1XJnZXRfdG9rZW4iO2k6NTEzODgwOTk3k3Mj gxMDgyMjt9_1608569516 |

Exhibit B-18, Posted December 12, 2021

**Status** Here are the soy boys,  Antifa Directing Traffic, just like AGENT EPPS.You can hear 2 voices in unison 1st time, FIND the guy in black, I have studied him, he is the one that has answers he's friends with John Sullivan. He waits on John to catch up to him in the Ashli Babbitt Video he filmed. These guys are on a mission, an agenda. He came in alone and met up with others. they are in other videos on you tube from washington post Lots of ANTIFA/BLM in TRUMP wear as well as Plain Black dark glasses, grey toboggans hoodies, and blue face mask,    2400 people entered the CAPITOL only 725 Charged? How many were ANTIFA, BLM, and other provocateur Agents , that are not being charged? Are these guys charged? I cant find them yet ... I need your help Share this far and wide, more to come

Exhibit B-19, Posted January 8, 2022

**Status** There is many suspicious things going on in this Great documentary, please watch, ANTIFA ARE EVERYWHERE!   So much more to come, See how the first breech seemed staged without any real cops present, The Capitol Police Allowed this to happen.

Exhibit B-20, Posted January 8, 2022



Exhibit B-21, Posted January 29, 2022



Photo ID 5483142045049073

Exhibit B-22, Posted January 29, 2022



Exhibit B-23, Posted January 29, 2022



Exhibit B-24, Posted January 29, 2022

**Posted**  2022-01-29 19:39:27 UTC
**Status**  This is what I saw when I was Allowed to walk to the top of the bleachers,at the mostly peaceful protest.The Capitol police were just standing there. There was no doubt that I had  to go in and film it, The door was open, they Let us walk in. I was not understanding them allowing people to go in, I knew ANTIFA/BLM was there in large numbers and maybe would be causing damage inside so I decided to go in and film Little did I know that I was walking into their Trap! 2400 or so people went in only 760 mostly Trump supporters charged. Who were the other 1700 that weren't charged? FEDS/ ANTIFA/BLM
**Mobile**  false
**Id**  5483211885042089
**Author**  Johnny Harris (100000599942034)

Exhibit B-25, Posted January 29, 2022



Exhibit B-26, Posted June 30, 2022

| | |
|---|---|
| **Time** | 2022-04-23 20:52:39 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ███████████ post. `January 6 was a setup to frame Trump. That's why the Capitol police refuse to release the footage. It shows the coordinated effort of Antifa and BLM as well as a host of federal agents, that caused most of the mayhem` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDlyMjY3Njc5ODI0MjgzNDs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTAyMji2NzQ2NjA5ODk4MD07fQ==_1650747159 |

Exhibit B-27, Posted April 23, 2022

| | |
|---|---|
| **Time** | 2022-04-23 20:49:25 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to ▉▉▉▉▉▉ comment. `@[1643436657:2048:Richard Hanford] I know this to be true. Jan 6 was an inside job to frame Trump. I saw it 1st hand` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDIyMjY3Njc1MTlwMTY1ODDs=_45 _0_RDoxOntzOjlxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTAyMjI2NzQ2NjA5ODDk 0MDQ7fQ==_1650746965 |

Exhibit B-28, Posted April 23, 2022

| | Comments |
|---|---|
| **Summary** | Johnny Harris replied to ███████████ comment. ` ███████████ it  Jan.6 was a peaceful protest hijacked by the feds and Antifa  and Blm to frame a sitting President.` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTo1MjI3MjIyMDkzNzYyMjQ7_45_0_RDo xOntzOjIxOiJmZWVkYmFja190YXJnZXRfcG9zdG4iO2k6NTg0ODcxMzczMjE5Mjk0O030=_ 1650685271 |

Exhibit B-29

**Time** 2022-03-05 13:47:15 UTC
**Type** Comments
**Summary** Johnny Harris commented on David Sumrall's post. `Then maybe they should withdraw the term insurrection. It's very damaging term used to slander peaceful protesters`
**Object Id** S:_I1416107408639463_1_100000599942034_aToxMDlyMDl3MTE4Njc1ODM3Nzs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfZG9yZW4iO2k6MTAyMjAyMjgyNjgyMDQ5MjM0MzM7fQ==_1646488035

Exhibit B-30, Posted March 5, 2022

| | |
|---|---|
| **Time** | 2022-03-02 18:40:34 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on Jim Jordan's post. `What more can we do, the election process is compromised. We all know brandon lies.` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTo0Mjk1MzMwODQzOTAzOTY0Ow==_45_0_RDoxOntzOjIxOiJmZWVkYYmFja190YXJnZXRfdG9rZW4iO2k6NTA1OTk6MzQwODk0ODU0O30=_1646246434 |

Exhibit B-31, Posted March 2, 2022

| | |
|---|---|
| **Time** | 2022-02-10 16:33:53 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to ████████ comment. `@[100050796076002:2048:████ ████ you are so correct, I saw it 1st hand, fbi is in on it.` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTo1Mzg4NDEyOTA5MzQyNjk7_45_0_R DoxOntzOjlxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6NTM4MjY2MTY0MzI1MTE1O3 0=_1644510833 |

Exhibit B-31, Posted February 10, 2022

| | |
|---|---|
| **Time** | 2022-02-10 15:18:23 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to ████████ comment. `@[1597451289:2048█ ████ 3 more years of the biden administration and you won't have a country, President Trump is only showing Us who the Rino/democrats are. We are at war with Good versus evil, We must stand united even if it hurts.` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDIyMDE3MDAzMTIyOTU1Mjs=_4 5_0_RDoxOntzOjIxOiJmZWVkYmFja190YXZXRfdG9rZW4iO2k6MTAyMjAxNTM1NzkkyM TgyNjI7fQ==_1644506303 |

Exhibit B-33, Posted February 10, 2022

| | |
|---|---|
| **Time** | 2022-02-10 14:48:04 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on Dan Bongino's post. `Try to hang on people. Trump is in control. I suggest everyone pray and be involved, it's about We The People taking our country back.` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTo1Mzg3NjUwNzc2MDg1NTc7_45_0_R DoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6NTM4MjY2MTY0MzI1MTE1O3 0=_1644504484 |

Exhibit B-34, Posted February 10, 2022

| | |
|---|---|
| **Time** | 2022-01-28 16:05:15 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on The Daily Caller's video. `We were allowed to walk in. Then the Capitol police came in behind us, this was a set up. Demand to see all the films. They are hiding a lot. ANTIFA,BLM WAS THERE IN BIG NUMBERS. They caused most of the assaults and damage.` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTo3Mjg5ODI5MzE1NzE1MTg7_45_0_R DoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTAxNTg3MDIzNjQzNjE3NzA 7fQ==_1643385915 |

Exhibit B-35, Posted January 28, 2022

**Time** 2022-01-11 05:17:37 UTC
**Type** Comments
**Summary** Johnny Harris replied to ▆▆▆▆▆▆▆ comment.
`@[100013458003443:2048▆ ▆▆▆▆ Not jail I'm worried about  it's being suicided.
Lol`
**Object Id** S:_I1416107408639463_1_100000599942034_aTo1NDAxMDM4NDI2NTkyNzY5Ow==_
45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6NTM5NDQ5MjQ3Mzkkx
NDAzMTt9_1641878257

Exhibit B-36, Posted January 11, 2022

**Summary** Johnny Harris replied to ███████ comment. `@[1644123432:2048:Donna Schobert] FBI knows everything, my opinion is they are corrupt, they knew about these irregularities a year ago. It was in my statement to them`

**Object Id** S:_I1416107408639463_1_100000599942034_aTo1MTI5MjYxMzY4NTkxMTg7_45_0_R DoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6NTEyNzIwMzUwMjIEzMDMwO 30=_1641837548

Exhibit B-37



Exhibit B-38, Posted January 10, 2022

**Time**  2022-01-10 03:46:47 UTC
**Type**  Comments
**Summary**  Johnny Harris replied to ███████comment. `@[100001281382004:2048█
███  you are correct  I saw it myself. So much film showing Antifa Directing
people, almost like tour guides. Capitol police were mostly in on it, those who knew to
much got suicided. 4 to be exact`
**Object Id**  S:_I1416107408639463_1_100000599942034_aTo2Mjc3ODg2NTUxMzQ2NDE7_45_0_
RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6NTEwNTg2MzizNzU5NzY2O
30=_1641786407

Exhibit B-39, Posted January 10, 2022



Exhibit B-40, Posted January 9, 2022

**Time** 2022-01-09 08:08:07 UTC
**Type** Comments
**Summary** Johnny Harris replied to ███████████ comment. `@[100000893001424:2048 ████
███████ look on my page , you will see more Antifa. I was there and filmed it.

Exhibit B-41, Posted January 9, 2022

| | |
|---|---|
| **Time** | 2021-11-03 14:22:10 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on Marjorie Taylor Greene's live video. `Antifa was at the Capitol on Jan. 6. They were inside directing traffic and instigating things. Demand to see all the film ` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxNDMxNDYzNTEzODc2MDA7_45_0_ RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTg5NDE1NDY5NjEyOTkTkw O30=_1635949330 |

Exhibit B-42, Posted November 3, 2021

| Time | 2021-11-03 14:07:08 UTC |
|---|---|
| **Type** | Comments |
| **Summary** | Johnny Harris commented on Kayleigh McEnany's post. `I still believe there's still fraud, no way these races should be this close, Republicans should be winning by bigger margins` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToyNzU2Njc0NzQ0NjE5MzY7_45_0_RD oxOntzOjixOijmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6NDM2MzkzNzU0NTE1NTg5O3 0=_1635948428 |

Exhibit B-43, Posted November 3, 2021



| | |
|---|---|
| **Time** | 2021-10-21 14:54:26 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on Breitbart's live video. `The democrats were paying antifa to  start the events on jan6. Demand all film. There's a reason they don't want to release it` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDg4NDk5MzgyNTIyODg7_45_0_R DoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTI3OTkxMDUzNTc3ODQxMT t9_1634828066 |

| | |
|---|---|
| **Time** | 2021-10-21 15:00:54 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to his own comment. `@[619940816:2048███████ not a theory the truth, you will see if and when they release their films` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTozNjMyODI3OTU1Nzc0MDA7_45_0_R DoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTI3OTkxMDUzNTc3ODQxMT t9_1634828454 |

Exhibit B-44, Posted October 21, 2021

2021-10-14 23:14:47 UTC
**Type** Comments
**Summary** Johnny Harris commented on News2Share's live video. `Hang the banner that says Let's go Brandon `
**Object Id** S:_I1416107408639463_1_100000599942034_aTo1Nzl4ODgwNTcxNjE0MDk7_45_0_R DoxOntzOjIxOiJmZWVkYmFFja190YXJnZXRfdG9rZW4i0k6NTcyNzQ5MTYzODQxOTY1O 30=_1634253287

**Time** 2021-10-14 23:17:15 UTC
**Type** Comments
**Summary** Johnny Harris commented on News2Share's live video. `Looks like a well planned insurrection. Wonder if they will get charged with conspiracy to commit said crime`
**Object Id** S:_I1416107408639463_1_100000599942034_aTo1Nzl4ODkyMDA0OTQ2Mjg7_45_0_R DoxOntzOjIxOiJmZWVkYmFFja190YXJnZXRfdG9rZW4i0k6NTcyNzQ5MTYzODQxOTY1O 30=_1634253435

**Time** 2021-10-14 23:18:35 UTC
**Type** Comments
**Summary** Johnny Harris commented on News2Share's live video. `They even brought ladders to take over the building. `
**Object Id** S:_I1416107408639463_1_100000599942034_aTo1Nzl4ODk2NTM4Mjc5MTY7_45_0_R DoxOntzOjIxOiJmZWVkYmFFja190YXJnZXRfdG9rZW4i0k6NTcyNzQ5MTYzODQxOTY1O 30=_1634253515

**Time** 2021-10-14 23:19:08 UTC
**Type** Comments
**Summary** Johnny Harris commented on News2Share's live video. `I saw ropes. Must gonna hang people`
**Object Id** S:_I1416107408639463_1_100000599942034_aTo1Nzl4ODk4MjcxNjEyMzI7_45_0_RDo xOntzOjIxOiJmZWVkYmFFja190YXJnZXRfdG9rZW4i0k6NTcyNzQ5MTYzODQxOTY1O30 =_1634253548

**Time** 2021-10-14 23:20:26 UTC
**Type** Comments
**Summary** Johnny Harris commented on News2Share's live video. `Hey fbi, I see a planned insurrection `
**Object Id** S:_I1416107408639463_1_100000599942034_aTo1Nzl4OTAzNDA0OTQ1MTQ7_45_0_ RDoxOntzOjIxOiJmZWVkYmFFja190YXJnZXRfdG9rZW4i0k6NTcyNzQ5MTYzODQxOTY1 O30=_1634253626

Exhibit B-45, Posted October 14, 2021

| | |
|---|---|
| **Time** | 2021-10-12 12:51:25 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to [REDACTED] comment. `The CAPITOL is known as the peoples house` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTo0NTlwMTAzNjgxNDMwODE5Ow==_45_0_RDoxOntzOjixOiJmZWVkYmFja190YXJnZXRfZG9rZW4iO2k6NDUxNTc4NTM3ODO9yOTMxNjt9_1634043085 |

Exhibit B-46, Posted October 12, 2021

| | |
|---|---|
| **Time** | 2021-08-22 16:12:42 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to his own comment. `@[1209893768:2048: ████████ lol my days of filming are over. That last event was too much fun. Trump 2020!` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDIyNzMwMDQ1Njg3NjQxNTs=_4 5_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6NDMyMjcyOTk3ODMUwN Tk2NDU7fQ==_1629648762 |

Exhibit B-47, Posted August 22, 2021

| | |
|---|---|
| **Time** | 2021-08-22 14:40:06 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ████████ photo. `No it was orchestrated by Antifa,Blm,capitol police and Nancy Pelosi` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDIyNzI5OTg4MDQyMjAwNDs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTAyMjcyOTk3ODQ1OWNTNDU0NDU7fQ==_1629643206 |

Exhibit B-48, Posted August 22, 2021

**Time** 2021-08-19 16:53:24 UTC
**Type** Comments
**Summary** Johnny Harris commented on News2Share's live video. `Trump Won!`
**Object Id** S:_I1416107408639463_1_100000599942034_aToOMjQxNzYyMTg5MjM1MDYyOw==_
45_0_RDoxOntzOjlxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MzI1OTQxMTQxMDE4
MDY2OTt9_1629392004

Exhibit B-49, Posted August 19, 2021



**Photo ID** 4866686690027948
**Time** 2021-08-04 04:18:06 UTC
**Type** Comments
**Summary** Johnny Harris commented on ▮▮▮▮▮▮ post. `They knew too much`
**Object Id** S:_I1416107408639463_1_100000599942034_aTo0OTAzMDgwMzc2MzczMTI1Ow==_
45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfZG9yZW4iO2k6NDkwMTQ2MTM3NjUz
MzAyNTt9_1628050686

Exhibit B-50, Posted August 4, 2021

| | |
|---|---|
| **Time** | 2021-05-23 14:42:59 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on [REDACTED] photo. `I know Antifa was there directing and instigating  things. I filmed them! It will be released  soon.` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDIxOTkzMzI5NjAyNTg5MTs=_45_0_RDoxOntzOjIxOijmZWVkYmFja190YXjnZXRfdG9rZW4iO2k6MTAyMTk5MzMyAyNjI1OTNTc7fQ==_1621780979 |

Exhibit B-51, Posted May 23, 2021

| | |
|---|---|
| **Time** | 2021-05-11 03:04:35 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on Breitbart's live video. `This was a setup  Antifa was there directing traffic. ` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTo0NzcwNTI2ODY5NTQ0NTQ7_45_0_R DoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTQ4NDY3MTAwNTE5NzQ4 MDt9_1620702275 |

Exhibit B-52, Posted May 11, 2021

**Time** 2021-01-07 12:33:18 UTC
**Type** Comments
**Summary** Johnny Harris replied to his own comment. `It wasn't a riot`
**Object Id** S:_I1416107408639463_1_100000599942034_aTozODY4MzkzNjY5ODg5MzcwOw==_
45_0_RDoxOntzOjIxOiJmZWVkYmFja19ja190YXJnZXRfaWQiO2k6Mzg2Njk5Mjg1MzM2Mj
jc4NTt9_1610022798

**Time** 2021-01-07 12:44:08 UTC
**Type** Comments
**Summary** Johnny Harris replied to his own comment. `A window was busted by antifa`
**Object Id** S:_I1416107408639463_1_100000599942034_aTozODY4NDE1NjMzMjIwNTA3Ow==_4
5_0_RDoxOntzOjIxOiJmZWVkYmFja19ja190YXJnZXRfaWQiO2k6Mzg2Njk5Mjg1MzM2Mj
c4NTt9_1610023448

**Time** 2021-01-07 12:44:27 UTC
**Type** Comments
**Summary** Johnny Harris replied to his own comment. `It was a setup`
**Object Id** S:_I1416107408639463_1_100000599942034_aTozODY4NDE2MTQ5ODg3MTIyOw==_
45_0_RDoxOntzOjIxOiJmZWVkYmFja19ja190YXJnZXRfaWQiO2k6Mzg2Njk5Mjg1MzM2M
jc4NTt9_1610023467

Exhibit B-53, Posted January 7, 2021

| | |
|---|---|
| **Time** | |
| | 2021-01-07 04:56:18 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ███████ post. `It started today` |
| **Object Id** | S:_I416107408639463_1_100000599942034_aToxMDIyMDk0MTMzNjA1NjM2MDs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja190Y1jnZXRfdG9rZW4iO2k6MTAyMjA5NDEyOTc5NzU5zU0MDg7fQ==_1609995378 |

Exhibit B-54, Posted January 7, 2021

| | |
|---|---|
| **Time** | 2021-01-07 04:31:30 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to his own comment. `So giving up is the answer. Never. We just got  started. Or would you rather be over run by these evil people. Even if we must give our lives to stop the awful takeover. All I know is God is good, and he will lead us to victory. We have allowed this to happen. No one cares enough to make sacrifice. We will not go away. Keep praying he protected me today because you were praying` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDIxOTA4NDc1MDk3MDkyMjs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTAyMTkwODQ0OTOTk3MjQ2ODE7fQ==_1609993890 |

Exhibit B-55, Posted January 7, 2021

| | |
|---|---|
| **Time** | 2021-01-07 03:59:20 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ███████████ post. `Door was wide open no one trying to stop anyone` |
| **Object Id** | S:_l1416107408639463_1_100000599942034_aToxMDlyNDc3MDl1NTA2MTM0Mzs=_4 5_0_RDoxOntzOjlxOiJmZWVkYmFFja190YXJnZXRfdG9rZW4iO2k6MTAyMjQ3Q3NzAwOTUzM zczNTA7fQ==_1609991960 |

Exhibit B-56, Posted January 7, 2021

| | |
|---|---|
| **Time** | 2021-01-07 03:55:17 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ▮▮▮▮▮▮▮▮▮▮▮ post. `They allowed it I am sure` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDIxODg4MjA3MTM1MTM1OTs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja19190YXJnZXRfdG9rZW4iO2k6MTAyk6MTAyMTg4ODE5ODUUzNDkyMDk7fQ==_1609991717 |

Exhibit B-57, Posted January 7, 2021

| | |
|---|---|
| **Time** | 2021-01-07 03:33:01 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on <span style="background:black">████████</span> post. `Give us a chance. We will prevail. We will not give up` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDlxOTA4NDUxODU2NTExMjs=_4 5_0_RDoxOntzOjIxOiJmZWVkYmFj": Fja190YXJnZXRfaWQiO2k6MTAyMTMxMTc3MTQyMTgwODtzOjI1OiJ: MjQ2ODE7fQ==_1609990381 |

Exhibit B-58, Posted January 7-2021

| | |
|---|---|
| **Time** | 2021-01-07 02:47:09 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ███████████ post. `I saw it first hand they backed off and allowed everyone to walk right in. I agree something wasn't right` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToxMDE1ODk0Mzc0NTY1OTMyNDs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTAxNTg5NDM1ODQkzMTQzMjMjQ7fQ==_1609987629 |

Exhibit B-59, Posted January 7, 2021

| | |
|---|---|
| **Time** | 2021-01-07 00:40:04 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ▓▓▓▓▓▓▓ post. `Gastonia was in the House` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTozNjY3ODU1MTc5OTYwMzQ3Ow==_45_0_RDoxOntzOjIxOiJmZWVkYmFja19190YXJnZXRfdG9yZW4iO2k6MzY2NzI4MzUyNzI1MzUyNzUyMzM1MDg0Njt9_1609980004 |

Exhibit B-60, Posted January 7, 2021



**Photo ID** 4244031958960094
**Time** 2021-01-06 21:18:38 UTC
**Type** Comments
**Summary** Johnny Harris commented on ████████████ post. `Us is going on in there`
**Object Id** S:_I1416107408639463_1_100000599942034_aTozODAzODA1NjA2MzA5MDQwOw==
_45_0_RDoxOntzOjixOijmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6k6MzgwMzQwOTI2NjM
0ODY3NDt9_1609967918

Exhibit B-61, Posted January 6, 2021

| | |
|---|---|
| **Time** | 2021-01-02 04:19:46 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ███████ post. `You cant stop us we will be there TRUMP or WAR` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTozMTUwOTUzMTMxMDUzODg7_45_0 _RDoxOntzOjixOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MzE1MDQ4MzI2NDQ5zNDI wO30=_1609561186 |

Exhibit B-62, Posted January 2, 2021

| | |
|---|---|
| **Time** | 2020-12-28 21:15:06 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris replied to ███████████ comment. `You will not be alone they will be many of us` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aToyMzA1MDUwMjIwMjQ5NzU7_45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfZW4iO2k6MjI5NjE2Nzg1NDQ3MTMyMyO30=_1609190106 |

Exhibit B-63, Posted December 28, 2020



Exhibit B-64, Posted December 28, 2020

**Time** 2020-12-23 02:57:23 UTC
**Type** Comments
**Summary** Johnny Harris commented on ███████ photo. `it will be war`
**Object Id** S: I1416107408639463_1_100000599942034_aTozNjMwOTA2MDA2OTg4NTk4Ow==_
45_0_RDoxOntzOjIxOiJmZWVkYmFja19190YXJnZXRfdG9rZW4iO2k6MzYyOTc1MzU0NzEw
Mzg0NDt9_1608692243

Exhibit B-65, Posted December 23, 2020



Exhibit B-66, Posted December 21, 2020

| | |
|---|---|
| **Time** | 2020-12-21 01:36:43 UTC |
| **Type** | Comments |
| **Summary** | Johnny Harris commented on ███████████ post. `We will be there 1776!` |
| **Object Id** | S:_I1416107408639463_1_100000599942034_aTozMDg4MTgxMjcwNjY0NDA7_45_0_R DoxOntzOjIxOiJmZWVkYmFja19190YXJnZXRfdG9rZW4iO2k6MzA4NzI4NTE4MDc1NDAxO3O 0=_1608514603 |

Exhibit B-67, Posted December 21, 2020



Exhibit B-68, Posted January 10, 2022

| | |
|---|---|
| **Date Created** | 2022-01-08 21:28:57 UTC |
| **Link** | https://www.facebook.com//johnny.harris.39589/posts/pfbid02gorBgVtvxZBSas2ApSvSornzBfngUz6EtHLtYeTJXhhxyxXiPnAkRKJxDYex23Nvl |
| **Summary** | https://StopHate.com/righting-history Send leads to us at tips@stophate.com and we may include your footage in a more in-depth upcoming longer version of this documentary. #RightingHistory #StopHate D |
| **Text** | There is many suspicious things going on in this Great documentary, please watch, ANTIFA ARE EVERYWHERE!   So much more to come, See how the first breech seemed staged without any real cops present, The Capitol Police Allowed this to happen. |
| **Title** | Righting History: The Journalistic Battle of January 6th |
| **Url** | https://www.facebook.com/vi0ye9-righting-history-the-journalistic-battle-of-january-6th.html |

Exhibit B-20, Posted January 8, 2022

| Summary Text | The more you poke around, the more it makes your head spin |
|---|---|
| Title | BOMBSHELL: Did Jan. 6 riot and Ray Epps EXPOSE a corrupt FBI? |
| Url | https://www.facebook.com/shows/glenn-beck-podcast/darren-beattie-ray-epps-capitol-riot?utm_content=buffer45c7d&utm_medium=referral&utm_source=facebook&utm_campaign=fb-glennbeck |

Exhibit B-70, Posted January 8, 2022

| | |
|---|---|
| **Summary** | Revolver blows open a network of still-unindicted operators who appear to have been intimately involved in the initial Jan. 6 Capitol breach. |
| **Text** | |
| **Title** | Meet Ray Epps, Part 2: Damning New Details Emerge Exposing Massive Web Of Unindicted Operators At The Heart Of January 6 - Revolver |
| **Url** | https://www.facebook.com/2021/12/damning-new-details-massive-web-unindicted-operators-january-6/ |

Exhibit B-71



Exhibit B-72, Posted January 10, 2022



**User** ████████ (100000389156358)
**Text** I SHARED YOUR VIDEO AND THEY IMMEDIATELY SHUT IT DOWN...WE WERE CHATTING TO YOU AND *POOF*...GONE...THEN YOUR SPACE BOOK PAGE GOT NUKED OR SUSPENDED...BUT WE ALL KNOW WTF REALLY HAPPENED AND IT WAS NOT WHAT THE EVIL ONES SAY...YOU ARE A BADASS PATRIOT AND FRIEND...SO GLAD YOU WERE THERE AND WITNESSED HISTORY...WE WON'T FORGET...WWG1WGA...IGY6...CAN'T WAIT TO SEE MQRE...THIS PIC IS FREAKIN' BADASSERY...CARRY ON MY FRIEND AND FELLOW PATRIQT!!!!▯▯▯▯▯▯▯▯▯▯▯▯
**Time** 2022-01-08 23:06:54 UTC

**User** Johnny Harris (100000599942034)
**Text** @[100000389156358:2048:████████] Thank You Sherry, go see the other of Antifa,  I will keep uploading, it's on Rumble Twitter, I will keep posting Trump 2020!
**Time** 2022-01-08 23:17:07 UTC

Exhibit B-73, Posted January 8, 2022

**Text**  @[1617495610:2048 ████████ already interviewing with them.
Look at the other post of Antifa that I posted

**Time**  2022-01-08 16:10:07 UTC

Exhibit B-74, Posted January 8, 2022

**User** Johnny Harris (100000599942034)
**Text** @[1435989626:2048 ███████████ more to come
**Time** 2022-01-07 23:06:22 UTC

Exhibit B-75, Posted January 7, 2022



Exhibit B-76

**Status** A year ago today I got home from my 1st Donald Trump Rally, And what a rally it was! I eagerly posted film of it here on space book and wound up on the FBIs list of coolest looking, best dressed Crime fighters, (alias) Captain nobody, that's because I was the 420th arrest in the totally setup INSURFUCKIGRECTION! So without further ado, If I get 100 likes on my Picture I will post more film that should more than likely get me locked up again. This is a picture after the mostly peaceful protest, tear gas still on my face. Be sure to see my other post, I will be uploading next few days. Lots to see. Let's go brandon!

**Mobile** false
**Id** 5391465354216743
**Author** Johnny Harris (100000599942034)



Exhibit B-77, Posted January 7, 2022

**Status** Here are the soy boys,  Antifa Directing Traffic, just like AGENT EPPS.You can hear 2 voices in unison 1st time, FIND the guy in black, I have studied him, he is the one that has answers he's friends with John Sullivan. He waits on John to catch up to him in the Ashli Babbitt Video he filmed. These guys are on a mission, an agenda. He came in alone and met up with others. they are in other videos on you tube from washington post Lots of ANTIFA/BLM in TRUMP wear as well as Plain Black dark glasses, grey toboggans hoodies, and blue face mask,    2400 people entered the CAPITOL only 725 Charged? How many were ANTIFA, BLM, and other provocateur Agents , that are not being charged? Are these guys charged? I cant find them yet ... I need your help Share this far and wide, more to come

Exhibit B-78, Posted January 10, 2022

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-26 14:17:35 UTC
**Body** It was in yuma

**Author** ███████████ (Facebook: 100006885273070)
**Sent** 2022-08-26 14:17:44 UTC
**Body** Wow.

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-26 14:20:25 UTC
**Body** I want to go back in few weeks, but I might be in court in
Washington soon. I'm not worried about it because I didn't do

Exhibit B-79.1, Chat with FB Contact ███████████



Exhibit B-79.2, Chat with FB Contact ████████

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-26 14:28:04 UTC
**Body** Me

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-26 14:28:06 UTC
**Body** You sent 2 photos.
**Attachments** image-423913663053718 (423913663053718)
**Type** image/jpeg
**Size** 33802
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/3
00749829_423913666387051_34574252258006
3247_n.jpg?ccb=1-7&_nc_sid=73a6a0&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsX2VuaW2NsaWVudC9pb
W9nZW46RFljTWVkaWFFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=03_A
dRB5DgglO7ZNNP2pJvIjPmvsPtRMtdC5xs9uez8f
HZkGw&oe=637E8364



**Photo ID** 423913663053718

Exhibit B-79.3, Chat with FB Contact ████████



Exhibit B-79.4, Chat with FB Contact ███████



**Author**
Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-26 14:28:42 UTC
**Body** Yes we are in crazy times

**Author** ▮▮▮▮▮▮▮ Facebook: 100006885273070)
**Sent** 2022-08-26 14:29:00 UTC
**Body** I just seen the third pic. I went to your profile

**Author** ▮▮▮▮▮▮▮ Facebook: 100006885273070)
**Sent** 2022-08-26 14:29:17 UTC
**Body** Their trying to change everything

**Author** ▮▮▮▮▮▮▮ (Facebook: 100006885273070)
**Sent** 2022-08-26 14:30:00 UTC
**Body** They tried on 74 with church hill  but failed and they started
preparing again since then

**Author** ▮▮▮▮▮▮▮ Facebook: 100006885273070)
**Sent** 2022-08-26 14:31:40 UTC
**Body** Okay.  Know you're busy. So catch up with you later.  Have a great
day.   I'm curious what goes on.  I'll keep up with you

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-26 14:34:51 UTC
**Body** I saw a lot that day. I know it was a trap, they were hoping to set
Trump up for it.

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-26 14:35:51 UTC
**Body** Enjoy your day

**Author** ▮▮▮▮▮▮▮ Facebook: 100006885273070)
**Sent** 2022-08-26 14:44:22 UTC
**Body** Yes.

**Author** ▮▮▮▮▮▮▮ (Facebook: 100006885273070)
**Sent** 2022-08-26 14:44:29 UTC
**Body** Definitely a trap

**Author** ▮▮▮▮▮▮▮ Facebook: 100006885273070)
**Sent** 2022-08-26 14:44:47 UTC
**Body** No surprise that Trump didn't know

**Author** ▮▮▮▮▮▮▮ Facebook: 100006885273070)
**Sent** 2022-08-26 14:45:09 UTC
**Body** Recently. They were raiding him in Florida

**Author** ▮▮▮▮▮▮▮ (Facebook: 100006885273070)
**Sent** 2022-08-26 14:45:24 UTC
**Body** Guess because he's running again

**Author** ▮▮▮▮▮▮▮ Facebook: 100006885273070)
**Sent** 2022-08-26 14:45:52 UTC
**Body** And thank you too

Exhibit B-79.5, Chat with FB Contact ▮▮▮▮▮▮▮

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-09 20:33:30 UTC
**Body** https://www.theblaze.com/news/florida-man-antifa-jan6-rally
**Share** **Date Created** 2022-01-09 20:33:29 UTC
**Summary** A Florida man with an active pipe bomb was caught by police near a Tampa Bay-area rally in support of a participant of the Jan. 6 riots at the U.S. Capitol building. Garrett James Smith, 22, was wearing identity-concealing black bloc clothing and gear that is commonly associated with Antifa members....
**Title** Florida man with Antifa gear caught with active pipe bomb at Jan. 6 rally, police find more explosive devices at home
**Url** https://www.theblaze.com/news/florida-man-antifa-jan6-rally

Exhibit B-80.1, Chat with FB Contact ▮▮▮▮▮▮



Exhibit B-80.2, Chat with FB Contact ████████

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-12 04:36:25 UTC
**Body** You sent an attachment.
**Share** **Date Created** 2022-01-12 04:36:25 UTC
**Summary** Convenient...
**Title** FBI REFUSES to answer if the FBI was involved at all on Jan. 6th
**Url** https://rumble.com/vsdlvg-fbi-refuses-to-answer-if-the-fbi-was-involved-at-all-on-jan.-6th.html

Exhibit B-80.3, Chat with FB Contact ███████

**Author** ███████ (Facebook: 100025993320568)
**Sent** 2022-01-13 21:27:11 UTC
**Body** Lol

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-13 21:38:53 UTC
**Body** https://youtube.com/watch?v=rp9oNr6HCxw&feature=share
**Share**   **Date Created** 2022-01-13 21:38:51 UTC
       **Summary** Utah activist John Sullivan arrested for
              involvement in Capitol riot
       **Title** Utah activist John Sullivan arrested for
              involvement in Capitol riot
       **Url** https://www.youtube.com/watch?v=rp9oNr6HCx
              w

**Author** ███████ (Facebook: 100025993320568)
**Sent** 2022-01-13 21:40:29 UTC
**Body** Ok

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-14 00:17:25 UTC
**Body** You called ████
**Call Record**   **Missed** false
          **Duration** 2308

**Author** ███████ (Facebook: 100025993320568)
**Sent** 2022-01-14 21:26:17 UTC
**Body** Matt sent an attachment.
**Share**   **Date Created** 2022-01-14 21:26:17 UTC
       **Summary** Watch it now and discover more trending videos
              on TikTok!
       **Title** Both Jan.6, 2021 ... FED!
       **Url** https://www.tiktok.com/@dalink56/video/705282
              2097541795118?improve_sharing_social=v2

Exhibit B-80.4, Chat with FB Contact ███████

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-16 20:26:59 UTC
**Body** You sent 12 photos.
**Attachments** image-248464023959236 (248464023959236)
**Type** image/jpeg
**Size** 97155
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2
70527242_248464027292569_88996922389644
02310_n.png?ccb=1-7&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFWdGIscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-nao&oh=03_

Exhibit B-80.5, Chat with FB Contact ▮▮▮▮▮▮▮



Photo ID 24846402395936

Exhibit B-80.6, Chat with FB Contact ▮▮▮▮▮



**Type** image/jpeg
**Size** 4047633
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2
70936208_296447965866933_25257796294836
9964_n.png?stp=dst-png_p600x600&ccb=1-7&_
nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdX
JsZ2VuX2NsaWVudC9pbW9nZW46TWVkaWaWF
VdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
rncache-nao&oh=03_AdQYr0P2rjT0Ac3Pde8uSX
HS-A9owJmuGZ5BLHbwrEV1iQ&oe=637F9643

**Photo ID** 296447959200267

Exhibit B-80.7, Chat with FB Contact ▮▮▮▮



Exhibit B-80.8, Chat with FB Contact ███████████



Exhibit B-80.9, Chat with FB Contact ████████



Exhibit B-80.10, Chat with FB Contact ████████



Exhibit B-80.11, Chat with FB Contact ▮▮▮▮▮▮



Exhibit B-80.12, Chat with FB Contact ▮▮▮▮▮▮▮



Exhibit B-80.13, Chat with FB Contact ████████



Exhibit B-80.14, Chat with FB Contact ████████



Exhibit B-80.15, Chat with FB Contact ██████████



Exhibit B-80.16, Chat with FB Contact ███████



Exhibit B-80.17, Chat with FB Contact ███████



Exhibit B-80.18, Chat with FB Contact



Exhibit B-80.19, Chat with FB Contact █████████



Exhibit B-80.20, Chat with FB Contact █████████



Exhibit B-80.21, Chat with FB Contact ██████████



Exhibit B-80.22, Chat with FB Contact ███████



Photo ID 1617721458584503

Exhibit B-80.23, Chat with FB Contact ▮▮▮▮▮▮▮



Exhibit B-80.24, Chat with FB Contact ███████



Exhibit B-80.25, Chat with FB Contact ████████



Exhibit B-80.26, Chat with FB Contact ████████



**Photo ID** 671441757365150

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-16 20:28:32 UTC
**Body** All these actors are Antifa. Notice the grey paint on two of them. Also everyone seems to have same coof mask including the police.

**Author** ███████ Facebook: 100025993320568)
**Sent** 2022-01-16 20:28:33 UTC
**Body** Crazy

**Author** ███████ Facebook: 100025993320568)
**Sent** 2022-01-16 20:28:50 UTC
**Body** Dam

**Author** ███████ (Facebook: 100025993320568)
**Sent** 2022-01-16 20:29:08 UTC
**Body** They call off court Tuesday ?

Exhibit B-80.27, Chat with FB Contact ███████

Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-16 20:29:36 UTC
**Body** Just a little taste of what's out there

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-16 20:29:46 UTC
**Body** Not yet

**Author** ███████████ (Facebook: 100025993320568)
**Sent** 2022-01-16 20:29:56 UTC
**Body** I believe they'll cancel

Exhibit B-80.28, Chat with FB Contact ██████████

**Author** ███████ (Facebook: 100025993320568)
**Sent** 2022-02-02 10:40:13 UTC
**Body** Until proven otherwise you feel you were led in buy the fbi .
Ted Cruze questions to the fbi need to be answered before you can
Proceed with your case

**Author** ███████ (Facebook: 100025993320568)
**Sent** 2022-02-02 10:42:47 UTC
**Body** I think if you say it in that way they should have to prove otherwise

Exhibit B-80.29, Chat with FB Contact ███████



Exhibit B-80.30, Chat with FB Contact

**Author** ███████████ (Facebook: 100025993320568)
**Sent** 2022-03-24 15:11:56 UTC
**Body** Johnny you have the right to know how the door you went in was opened . Don't for get that . Main point .

Exhibit B-80.31, Chat with FB Contact ███████████

| | | |
|---|---|---|
| **Share** | **Date Created** | 2022-04-07 11:49:51 UTC |
| | **Summary** | WASHINGTON — A federal judge on Wednesday acquitted a New Mexico man of misdemeanor charges that he illegally entered the U.S. Capitol and engaged in disorderly conduct after he walked into the building during last year's riot. U.S. District Judge Trevor McFadden issued the verdict from the benc... |
| | **Title** | Judge issues first acquittal to Jan. 6 riot defendant - NewsBreak |
| | **Url** | https://www.newsbreak.com/news/25650115696 43/judge-issues-first-acquittal-to-jan-6-riot-defendant |

| | | |
|---|---|---|
| **Author** | ▇▇▇▇▇ | (Facebook: 100025993320568) |
| **Sent** | 2022-04-07 11:50:14 UTC | |
| **Body** | 🔲🔲 | |
| **hments** | sticker (369239263222822) | |
| | **Type** | image/png |
| | **Size** | |
| | **URL** | https://interncache-nao.fbcdn.net/v/t39.1997-6/3 9178562_1505197616293642_54113442810948 48512_n.png?ccb=1-7&_nc_sid=0572db&efg=e yj1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&oh=00_ AfBJbGAT54JzSB3hgkPtaFlZsli6AYTVA5bmZYgxs 2tP8g&oe=6360164B |



**Photo ID** 369239263222822

Exhibit B-80.32, Chat with FB Contact ▇▇▇▇▇



Exhibit B-81.1, Chat with FB Contact ████████

**Author** ████████ (Facebook: 100027836979017)
  **Sent** 2022-08-28 18:52:19 UTC
  **Body** What did they ever do about that building uou got into

**Author** Johnny Harris (Facebook: 100000599942034)
  **Sent** 2022-08-28 18:52:44 UTC
  **Body** It's called the Capitol

Exhibit B-81.2, Chat with FB Contact ████████

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:50:55 UTC
**Body** I'm going to head out west for a month then court

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 22:51:14 UTC
**Body** whee

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 22:51:21 UTC
**Body** you ok

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:51:24 UTC
**Body** Oh boy

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:51:33 UTC
**Body** Yes it's bs

Exhibit B-82.1, Chat with FB Contact ███████████

**Body**  whats   wrong

**Author**  Johnny Harris (Facebook: 100000599942034)
**Sent**  2022-07-28 22:52:11 UTC
**Body**  You don't know

**Author**  ███████████ (Facebook: 100001167800227)
**Sent**  2022-07-28 22:52:21 UTC
**Body**  no what

**Author**  Johnny Harris (Facebook: 100000599942034)
**Sent**  2022-07-28 22:53:07 UTC
**Body**  You sent 3 photos.
**Attachments**  image-582868930139405 (582868930139405)
**Type**  image/jpeg
**Size**  257307
**URL**  https://interncache-nao.fbcdn.net/v/t1.15752-9/2
95329036_582868933472738_29272860951342
5118_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_n
c_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJs
Z2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWWFV
dGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inter
ncache-nao&oh=03_AdR9lt80YJXLFQrZYaYYu5rh
N7G4FAbCn27oZsWCTrplhQ&oe=637FD606

Exhibit B-82.2, Chat with FB Contact ███████████



Exhibit B-82.3, Chat with FB Contact ▮▮▮▮▮▮▮



Exhibit B-82.4, Chat with FB Contact ██████████



**Photo ID** 4851788388258622

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:53:13 UTC
**Body** Me

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:53:22 UTC
**Body** Jan 6

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:54:03 UTC
**Body** Surprise

Exhibit B-82.5, Chat with FB Contact▮▮▮▮▮▮▮▮▮▮



**Body**
what's wrong johnny

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:54:33 UTC
**Body** Nothing bad

**Author** ███████████ Facebook: 100001167800227)
**Sent** 2022-07-28 22:54:38 UTC
**Body** are you gonna be ok

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:54:43 UTC
**Body** Yes

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 22:55:10 UTC
**Body** what was you doing up there is that real

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:55:28 UTC
**Body** Yes real

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 22:55:48 UTC
**Body** damn boy

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:56:07 UTC
**Body** I was there to protest and walked in the open door

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 22:56:39 UTC
**Body** and then what

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 22:57:31 UTC
**Body** You sent 3 photos.
**Attachments** image-362699612529640 (362699612529640)
**Type** image/jpeg
**Size** 43998
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2
79866346_551025529879344_77702673333813
54161_n.jpg?ccb=1-7&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsX2NhZ2VuX2xlZ2Fj
eSJ9&_nc_ohc=RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=03_A
dRkIGq8g4zGfyHAm9vnKVbly7Edq2yuQ47hNaLv
IhX2rA&oe=637FA1C4

Exhibit B-82.6, Chat with FB Contact ███████████



Photo ID 362699612529640

Exhibit B-82.7, Chat with FB Contact ▮▮▮▮▮▮▮▮▮▮



Exhibit B-82.8, Chat with FB Contact ███████████



Exhibit B-82.9, Chat with FB Contact ███████████



Exhibit B-82.10, Chat with FB Contact ██████████

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 23:01:34 UTC
**Body** damn boy you made the news

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 23:02:01 UTC
**Body** you'll get probation

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 23:02:08 UTC
**Body** It's ok it will be on hbo, Nancy Pelosi daughter is doing a documentary on jan6 defendants of all people

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 23:02:41 UTC
**Body** I'm going to win my case Terrie

**Author** ███████████ (Facebook: 100001167800227)
**Sent** 2022-07-28 23:03:15 UTC
**Body** i hope so if you need me

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-07-28 23:03:19 UTC
**Body** She will be at my trial lol

Exhibit B-82.11, Chat with FB Contact ███████████

**Thread**   (6098034473559824)

**Current** 2022-10-27 19:52:23 UTC
**Participants** ████████ Facebook: 100015504885794)
Johnny Harris (Facebook: 100000599942034)

**Author** ████████ (Facebook: 100015504885794)
**Sent** 2022-08-30 06:44:57 UTC
**Body** You know you're as crazy as they come I just looked at your profile crazy one▢▢▢▢

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 11:51:57 UTC
**Body** Lol.

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 11:51:57 UTC
**Body** You can now message and call each other and see info like Active Status and when you've read messages.

**Author** ████████ Facebook: 100015504885794)
**Sent** 2022-08-30 12:40:54 UTC
**Body** 17 of my friends went to that rally I'm so proud to say that you are one of my friends like I love Trump you go baby you preach and you let it out what they did to him was wrong and when he said you bring War to me I'm going to bring War to you hell I got the same fight me I know you got it in you so how can we blame that guy we got to love him he lost the election of some b******* ain't nobody voted for this m*********** we can barely understand but I appreciate you going down there and I can appreciate calling you my friend that's awesome you go baby

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 12:43:02 UTC
**Body** Trump 2020!

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 12:44:22 UTC
**Body** You sent 3 photos.
**Attachments** image-621099102715442 (621099102715442)
**Type** image/jpeg
**Size** 257307
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2 95329036_582868933472738_29272860951342 5118_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_n c_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJs Z2VuX2NsaWVudC9pbW9nZW46RFJTWVkaWFV dGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inter ncache-nao&oh=03_AdR9It80YJXLFQrZYaYYu5rh

Exhibit B-83.1, Chat with FB Contact ████████



Exhibit B-83.2, Chat with FB Contact █████████



Exhibit B-83.3, Chat with FB Contact ████████

**Photo ID**

1143239689622103

image-645949000061620 (645949000061620)
**Type** image/jpeg
**Size** 43998
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2
79866346_551025529879344_77702673333813
54161_n.jpg?ccb=1-7&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NhWVudC9pb
W9nZW46RFJjTWVkaWFFVdGIscyj9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=03_A
dRkIGq8g4zGfyHAm9vnKVbIy7Edq2yuQ47hNaLv
IhX2rA&oe=637FA1C4



**Photo ID** 645949000061620

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 12:56:52 UTC
**Body** Thanks for the kind words

**Author** ▇▇▇▇▇▇ (Facebook: 100015504885794)
**Sent** 2022-08-30 12:59:48 UTC
**Body** Awesome bad ass

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 13:10:25 UTC
**Body** You sent a photo.
**Attachments** image-1164874287436088 (1164874287436088)
**Type** image/jpeg
**Size** 425038

Exhibit B-83.4, Chat with FB Contact ▇▇▇▇▇▇



Exhibit B-83.5, Chat with FB Contact



**Body**
Wow

**Author** ▮ (Facebook: 100015504885794)
**Sent** 2022-08-30 13:11:03 UTC
**Body** Hero

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 13:11:36 UTC
**Body** No just love my country

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 13:11:45 UTC
**Body** And Trump

**Author** ▮ (Facebook: 100015504885794)
**Sent** 2022-08-30 13:12:37 UTC
**Body** Love it thank u my whole family has severe and for y'all to what u did shows pride

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 13:14:25 UTC
**Body** Waiting on November red wave so the truth will come out

**Author** ▮ (Facebook: 100015504885794)
**Sent** 2022-08-30 13:14:46 UTC
**Body** 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-nao.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=1-7&_nc_sid=0572db&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-nao&oh=00_
AfBJbGAT54jzSB3hgkPtaFiZsli6AYTVA5bmZYgxs
2tP8g&oe=6360164B

**Photo ID** 369239263222822

**Author** ▮ (Facebook: 100015504885794)
**Sent** 2022-08-30 13:14:52 UTC
**Body** Hell yea

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-08-30 13:22:43 UTC
**Body** Antifa and BLM were there causing  most of the mayhem. Dressed as Trump supporters

Exhibit B-83.6, Chat with FB Contact ▮

**Thread**   (3612278898802073)
   **Current**   2022-10-27 19:52:24 UTC
**Participants** ██████████ (Facebook: 100035363862211)
   Johnny Harris (Facebook: 100000599942034)


   **Author**   Johnny Harris (Facebook: 100000599942034)
   **Sent**   2022-01-08 00:51:26 UTC
   **Body**   You sent an attachment.
   **Share**   **Date Created**   2022-01-08 00:51:26 UTC
      **Title**   Status update
      **Url**   https://www.facebook.com/johnny.harris.39589/
         posts/pfbid0ZdsMUzee57QRvhyJ8T6PDDqWTeZA
         G9dvCvJiH7coNXJ2GxCApSaV3WbppdF7pnj1l


   **Author**   ██████████ Facebook: 100035363862211)
   **Sent**   2022-01-08 01:13:53 UTC
   **Body**   Holy shit right , just keep directing them until they compromise
      themselves more .

Exhibit B-84.1, Chat with FB Contact ██████████



Photo ID 462649338831638

Exhibit B-84.2, Chat with FB Contact ▮▮▮▮▮▮▮



Exhibit B-84.3, Chat with FB Contact ▮▮▮▮▮▮

**Author** ████████ (Facebook: 100010316440631)
**Sent** 2022-01-08 02:54:53 UTC
**Body** Bastards██! How's it going for you? Did everything get settled on your mess?
I hope you and yours had a merry Christmas and that your new year started off great

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-08 03:30:12 UTC
**Body** not started yet

**Author** ████████ (Facebook: 100010316440631)
**Sent** 2022-04-10 18:42:31 UTC
**Body** ████ sent an attachment.
**Share**    **Date Created** 2022-04-10 18:42:31 UTC
            **Summary** Mel joins The Fly Over Conservatives family for a deep dive into what we can discern about the information that can be found on Hunter Biden and the morass of evils and deals that should concern every
               **Title** Mel K & Fly Over Conservatives Deep Dive Into Hunter Biden & What The Laptop Tells Us (Part 1) ICYMI
                **Url** https://rumble.com/vzu2g5-foc-hunter-pt-1.html

**Author** ████████ (Facebook: 100010316440631)
**Sent** 2022-04-10 18:58:57 UTC
**Body** Listen there's a part 2, how's the mess going for you

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-04-10 23:55:38 UTC
**Body** Mine is on for December. Gonna be acquitted. Looking forward for the truth to come out

Exhibit B-85.1, Chat with FB Contact ████████

**Body** Me too!  Have you been doing well

**Author** ████████████ (Facebook: 100010316440631)
**Sent** 2022-04-11 01:21:57 UTC
**Body** Going back to work at the air port next week

**Author** ████████████ (Facebook: 100010316440631)
**Sent** 2022-04-11 01:23:22 UTC
**Body** I'm glad they didn't throw you in jail like they did the others

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-04-11 03:49:34 UTC
**Body** I didn't do anything to be thrown in jail for. I was allowed to walk in. My sister works there

**Author** ████████████ Facebook: 100010316440631)
**Sent** 2022-04-11 23:10:28 UTC
**Body** Quit a few in jail for just walking in it's crazy!

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-04-12 02:41:39 UTC
**Body** Yea it was a setup. Sad that most government agencies are in on it.

**Author** ████████████ Facebook: 100010316440631)
**Sent** 2022-04-12 14:08:34 UTC
**Body** Yes sir!   Their day is coming quick

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-04-12 15:39:12 UTC
**Body** I agree. If not then we will have to stand up and...

**Author** ████████████ (Facebook: 100010316440631)
**Sent** 2022-04-12 21:26:32 UTC
**Body** Yup

Exhibit B-85.2, Chat with FB Contact ████████████



Exhibit B-86, Chat with FB Contact ██████████



Exhibit B-87.1, Chat with FB Contact ███████████



Photo ID 554427379620477

Exhibit B-87.2, Chat with FB Contact ███████████████

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:37:20 UTC
**Body** Jan 6

**Author** ▆▆▆▆▆▆▆▆▆▆▆▆ (Facebook: 100012958454208)
**Sent** 2022-05-17 02:37:35 UTC
**Body** What are you tell my January 6

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:38:03 UTC
**Body** What

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:38:28 UTC
**Body** I was arrested for that

Exhibit B-87.3, Chat with FB Contact ▆▆▆▆▆▆▆▆▆▆



**Body** What are you talking about

**Author** ███████ Facebook: 100012958454208)
**Sent** 2022-05-17 02:39:57 UTC
**Body** What did y'all do

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:40:55 UTC
**Body** You sent 2 photos.
**Attachments** image-551025526546011 (551025526546011)
**Type** image/jpeg
**Size** 43998
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2
79866346_551025529879344_77702673333813
54161_n.jpg?ccb=1-7&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsX2dlbi5zaWVudC9pb
W9nZW46RFJJTWVkaWVVdGIscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-nao&oh=03_A
dRkIGq8g4zGfyHAm9vnKVbIy7Edq2yuQ47hNaLv
IhX2rA&oe=637FA1C4

Photo ID 551025526546011

Exhibit B-87.4, Chat with FB Contact ███████████████



Exhibit B-87.5, Chat with FB Contact

**Body** Lol You are fucking crazy

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:43:50 UTC
**Body** I didn't do anything

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:44:18 UTC
**Body** But got charged for carrying a us flag

**Author** ███████████████ (Facebook: 100012958454208)
**Sent** 2022-05-17 02:44:20 UTC
**Body** 👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-nao.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=1-7&_nc_sid=0572db&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-nao&oh=00_
AfBJbGAT54JzSB3hgkPtaFlZsli6AYTVA5bmZYgxs
2tP8g&oe=6360164B

**Photo ID** 369239263222822

**Author** ███████████████ (Facebook: 100012958454208)
**Sent** 2022-05-17 02:44:29 UTC
**Body** Wow

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:44:44 UTC
**Body** A misdemeanor

Exhibit B-87.6, Chat with FB Contact ████████████████

146



**Photo ID** 3157889507782709

**Author** ▮▮▮▮▮▮▮▮▮▮ (Facebook: 100012958454208)
  **Sent** 2022-05-17 02:47:28 UTC
  **Body** You better get a good lawyer

**Author** Johnny Harris (Facebook: 100000599942034)
  **Sent** 2022-05-17 02:47:48 UTC
  **Body** She's my counsel

**Author** Johnny Harris (Facebook: 100000599942034)
  **Sent** 2022-05-17 02:48:05 UTC
  **Body** She's a lawyer

**Author** Johnny Harris (Facebook: 100000599942034)
  **Sent** 2022-05-17 02:48:18 UTC
  **Body** Not mine though

Exhibit B-87.7, Chat with FB Contact ▮▮▮▮▮▮▮▮

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:48:42 UTC
**Body** But she's at my trial

**Author** ███████████████ (Facebook: 100012958454208)
**Sent** 2022-05-17 02:48:43 UTC
**Body** Fight it

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:48:52 UTC
**Body** I am

**Author** ███████████████ (Facebook: 100012958454208)
**Sent** 2022-05-17 02:49:08 UTC
**Body** Don't let the asses get u

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:49:10 UTC
**Body** I was intrapment

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:49:19 UTC
**Body** It

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:49:32 UTC
**Body** Entrapment

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:49:38 UTC
**Body** Lol

**Author** ███████████████ (Facebook: 100012958454208)
**Sent** 2022-05-17 02:49:40 UTC
**Body** For sure

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-17 02:50:04 UTC
**Body** I know I'm gonna get paid

Exhibit B-87.8, Chat with FB Contact ██████████████

Exhibit B-88.1, Chat with FB Contact David Sumrall

**Author**

Johnny Harris (Facebook: 100000599942034)

**Sent** 2022-01-11 23:59:24 UTC

**Body** The lady in the picture is Nancy's daughter. She is the one doing the HBO special, long story short she is wanting the truth about what happened on j6.   Look her up. She is friends with Trump

**Author** Johnny Harris (Facebook: 100000599942034)

**Sent** 2022-01-12 00:00:29 UTC

**Body** So much more I can let u know just ask

**Author** David Sumrall (Facebook: 1489530448)

**Sent** 2022-01-12 00:31:35 UTC

**Body** That's why I told you everything you tell her goes straight to the boys... lol
All good bro.

**Author** David Sumrall (Facebook: 1489530448)

**Sent** 2022-01-12 00:42:33 UTC

**Body** Can you reach out to your buddy that released that video? I'm sure he knows exactly when John is seen collaborating with the Nancy's office guy (he mentions it in his post)

**Author** David Sumrall (Facebook: 1489530448)

**Sent** 2022-01-12 00:42:43 UTC

**Body** Got that from my friend-

Exhibit B-88.2, Chat with FB Contact David Sumrall

Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-12 04:40:06 UTC
**Body** You sent an attachment.
**Share** **Date Created** 2022-01-12 04:40:06 UTC
**Summary** Convenient...
**Title** FBI REFUSES to answer if the FBI was involved at all on Jan. 6th
**Url** https://rumble.com/vsdlvg-fbi-refuses-to-answer-if-the-fbi-was-involved-at-all-on-jan.-6th.html

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-12 04:49:53 UTC
**Body** You sent an attachment.
**Share** **Date Created** 2022-01-12 04:49:53 UTC
**Summary** There's two sets of standards
**Title** Sen. Cruz Torches Biden's Assistant AG: Why Won't You Target BLM Rioters?
**Url** https://rumble.com/vse2f9-sen.-cruz-torches-bidens-assistant-ag-why-wont-you-target-blm-rioters.html

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-19 01:14:30 UTC
**Body** https://vm.tiktok.com/TTPdrmsjUy/
**Share** **Date Created** 2022-01-19 01:14:30 UTC
**Summary** Watch it now and discover more trending videos on TikTok!
**Title** Reply to @billsmafia336
**Url** https://www.tiktok.com/@jaypet....5/video/7051191590441979183?improve_sharing_social=v2

**Author** David Sumrall (Facebook: 1489530448)
**Sent** 2022-01-19 01:17:48 UTC
**Body** 👍
**tachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-nao.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-7&_nc_sid=0572db&efg=eyj1cmxnZW4iOijwaHBfdXJsZ2VuX2NsaWJnbnRfQ2VuNsaWVudC0lbnRpbWUifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao&oh=00_AfBjbGAT54JzSB3hgkPtaFlZsli6AYTVA5bmZYgxs2tP8g&oe=6360164B

**Photo ID** 369239263222822

Exhibit B-88.3, Chat with FB Contact David Sumrall



Photo ID 909114066429111

Exhibit B-88.4, Chat with FB Contact David Sumrall



Photo ID 519201942867212

Exhibit B-88.5, Chat with FB Contact David Sumrall



Exhibit B-88.6, Chat with FB Contact David Sumrall



Exhibit B-88.7, Chat with FB Contact David Sumrall



Exhibit B-88.8, Chat with FB Contact David Sumrall

**Author**
Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-29 22:21:03 UTC
**Body** I will keep sending Trying to link your page my connection not good

**Author** David Sumrall (Facebook: 1489530448)
**Sent** 2022-01-29 23:12:29 UTC
**Body** 👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-nao.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=1-7&_nc_sid=0572db&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-nao&oh=00_
AfBJbGAT54JzSB3hgkPtaFiZsli6AYTVA5bmZYgxs
2tP8g&oe=6360164B



**Photo ID** 369239263222822

**Author** David Sumrall (Facebook: 1489530448)
**Sent** 2022-05-13 14:59:43 UTC
**Body** An update for the public, share this with your friends, please.

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-05-13 15:02:47 UTC
**Body** Share what? I didn't receive anything.

**Author** David Sumrall (Facebook: 1489530448)
**Sent** 2022-05-13 15:03:20 UTC
**Body** https://djhjmedia.com/kari/the-only-licensed-investigator-on-jan-6th-finally-talks-about-how-he-knows-so-much/
**Share** **Date Created** 2022-05-13 15:03:20 UTC
**Summary** David Sumrall has a site called StopHate.com, where - over the last year- he and his team have published the most technical details of what happened on Jan. 6th 2021. Sumrall's work has been cited in many news organizations that are also investigating the people and events at the US Capit ...
**Title** The Only Licensed Investigator On Jan. 6th, Finally Talks About How He Knows So Much | DJHJ Media
**Url** https://djhjmedia.com/kari/the-only-licensed-investigator-on-jan-6th-finally-talks-about-how-he-knows-so-much/

Exhibit B-88.9, Chat with FB Contact David Sumrall



Exhibit B-88.10, Chat with FB Contact David Sumrall

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 02:07:42 UTC
**Body** You know I been a bad boy and got myself in minor trouble.  Lol

**Author** ███████████ (Facebook: 100000268363165)
**Sent** 2022-01-07 02:08:44 UTC
**Body** Is everything okay?

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 02:48:04 UTC
**Body** Yes

**Author** ███████████ (Facebook: 100000268363165)
**Sent** 2022-01-07 02:48:30 UTC
**Body** That's good. 🥰

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 02:49:09 UTC
**Body** You sent a photo.
**Attachments** image-953929915523826 (953929915523826)
**Type** image/jpeg
**Size** 1051533
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2
69746782_953929918857159_54251655111640
34622_n.png?stp=dst-png_p600x600&ccb=1-7&
_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfd
XJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaW
FVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int
erncache-nao&oh=03_AdTDQE6ac29KQRxW78d
UCToaqtSk103vTghpYyBej2lEHQ&oe=63811DBF

Exhibit B-89.1, Chat with FB Contact ███████████



**Photo ID** 953929915523826

**Author** ███████████ Facebook: 100000268363165)
**Sent** 2022-01-07 02:49:58 UTC
**Body** Oh wow. Did you go to jail?

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 02:50:57 UTC
**Body** You sent a photo.
**Attachments** image-656969471977748 (656969471977748)
**Type** image/jpeg
**Size** 84364
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/2
69949825_656969475311081_50355095295766
14191_n.jpg?stp=dst-jpg_p600x600&ccb=1-7&_
nc_sid=73a6a0&efg=eyj1cmxnZW4iOiJwaHBfdX
JsZ2VuX2NsaWVudC9pbW9nZW46RFIJTWVkaWF
VdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
rncache-nao&oh=03_AdTzEI3AB0cq9GoUA0t9V1
0OPji-s9_UmjkvvYVnjEMuZg&oe=637E9F9B

Exhibit B-89.2, Chat with FB Contact ███████████



Exhibit B-89.3, Chat with FB Contact ██████████

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 18:52:03 UTC
**Body** Say a prayer for truth to prevail. And Good over Evil.

**Author** ▆▆▆▆▆▆▆ Facebook: 100000268363165)
**Sent** 2022-01-07 18:53:01 UTC
**Body** Yes, I have prayed that before. God is revealing things. 🙏

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 18:54:47 UTC
**Body** Lots to see

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 18:56:31 UTC
**Body** I filmed a lot that day, now I have to share it

**Author** ▆▆▆▆▆▆▆ (Facebook: 100000268363165)
**Sent** 2022-01-07 18:58:56 UTC
**Body** Stay out of trouble. 🙏

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 19:01:38 UTC
**Body** Always

**Author** ▆▆▆▆▆▆▆ (Facebook: 100000268363165)
**Sent** 2022-01-07 19:01:59 UTC
**Body** Reacted ❤ to your message

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 19:03:09 UTC
**Body** I saw some crazy stuff lol

**Author** ▆▆▆▆▆▆▆ Facebook: 100000268363165)
**Sent** 2022-01-07 19:06:36 UTC
**Body** Was that a year ago?

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 19:27:39 UTC
**Body** Yes

**Author** ▆▆▆▆▆▆▆ Facebook: 100000268363165)
**Sent** 2022-01-07 19:28:40 UTC
**Body** Is it hard to move on because of what happened then?

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 19:45:24 UTC
**Body** No its what is to come, Court And the lies but lots of evidence to show what really happened, Im in no trouble

Exhibit B-89.4, Chat with FB Contact ▆▆▆▆▆▆▆

**Body**      You have to go to court? Oh wow.

**Author** ▮▮▮▮▮▮▮▮ (Facebook: 100000268363165)
**Sent** 2022-01-07 20:02:10 UTC
**Body** I don't know much about what happened. I try not to watch the news because it's so negative.

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2022-01-07 20:27:45 UTC
**Body** Good thing no TV,  look where it got me

Exhibit B-89.5, Chat with FB Contact ▮▮▮▮▮▮▮▮

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2021-10-14 13:44:20 UTC
**Body** Me and old Mark Moses or Mark Stone, lol. We went to the Jan 6.
Rally. My dumb ass caught a few misdemeanors. Google Johnny
Harris Capitol, might not be a good idea to be my friend til this is
over. Matter of fact I have a court appearance today at 2. I am
pleading not guilty. I am one of the few non violent protesters.

**Author** ████████ (Facebook: 100000090688318)
**Sent** 2021-10-14 16:39:39 UTC
**Body** You was always a good guy Johnny!!   I'm pulling for ya.

Exhibit B-90.1, Chat with FB Contact ████████



**Photo ID** 1862513747284355

**Author** ██████████ Facebook: 100000090688318)
  **Sent** 2021-10-14 16:44:01 UTC
  **Body** Great pic!!  You ain't changed much!!

**Author** Johnny Harris (Facebook: 100000599942034)
  **Sent** 2021-10-14 19:39:36 UTC
  **Body** Just got better looking, that's all lol

**Author** Johnny Harris (Facebook: 100000599942034)
  **Sent** 2021-10-14 23:01:10 UTC
  **Body** It was a set up. Lots of Antifa and Blm,  I actually helped the
         Capitol police, few times, pulled a black cop to safety when he was
         in trouble. Gave another his weapon back when he dropped it.  I
         walked in a open door.  250 cops stood there and watched. I filmed
         it 10 minutes in disbelief. I decided to walk in, concerned people
         were going to tear shit up or worse.
         I filmed the real bad guys in action. Truth will come out soon, I look
         forward to my day in a court room. It will get dismissed, they
         offered me a 500 fine and 48 hours community service, plead to 1
         count parading with a flag, I counter offered 1000 bucks 96 hours
         community service and they dismiss all charges. They continued it
         til January today.  I will keep you posted Max. Just know I love this
         country and I back the blue.  Thanks for the encouragement.

**Author** ██████████ Facebook: 100000090688318)
  **Sent** 2021-10-14 23:21:00 UTC
  **Body** Exactly what I would have expected out of you Johnny!!  Glad to
         be in touch with you!!

Exhibit B-90.2, Chat with FB Contact ██████████

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2021-08-13 05:20:20 UTC
**Body** See me on the news 2day

**Author** ███████ (Facebook: 100071478430295)
**Sent** 2021-08-13 05:20:35 UTC
**Body** I didn't want to mention any names but I want to put my friend
down with what's going on

**Author** ███████ (Facebook: 100071478430295)
**Sent** 2021-08-13 05:20:49 UTC
**Body** No I didn't see you on the news

**Author** ███████ Facebook: 100071478430295)
**Sent** 2021-08-13 05:21:06 UTC
**Body** Why was you on the news

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2021-08-13 05:21:31 UTC
**Body** Google my name with Capitol behind it

**Author** ███████ (Facebook: 100071478430295)
**Sent** 2021-08-13 05:21:42 UTC
**Body** Oh s***

**Author** ███████ (Facebook: 100071478430295)
**Sent** 2021-08-13 05:22:05 UTC
**Body** Capital ?

**Author** ███████ (Facebook: 100071478430295)
**Sent** 2021-08-13 05:22:38 UTC
**Body** I'm going to Google I'll be right back

Exhibit B-91.1, Chat with FB Contact ███████

**Author** ███████████ (Facebook: 100071478430295)
   **Sent** 2021-08-24 22:43:03 UTC
   **Body** Hey John I never did get to find out what happened at the Capitol building.

**Author** Johnny Harris (Facebook: 100000599942034)
   **Sent** 2021-08-24 22:44:18 UTC
   **Body** Nothing but a party lol

**Author** ███████████ (Facebook: 100071478430295)
   **Sent** 2021-08-24 22:45:04 UTC
   **Body** LOL I know your idea of party.

**Author** ███████████ (Facebook: 100071478430295)
   **Sent** 2021-09-13 16:58:42 UTC
   **Body** Brian sent a video.
**ttachments** video-1631552322.mp4 (587463779065522)
       **Type** video/mp4
       **Size** 2275640
       **URL** https://interncache-nao.fbcdn.net/v/t42.3356-2/2
39008907_4686546051393195_7839724847150
552479_n.mp4/video-1631552322.mp4?ccb=1-
7&_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaH
BfdXJsZ2VuX2NsaWVudC9lbnRpcHHkvbWVzc2Fn
ZV92aWRlbyJ9&vabr=791526&_nc_ht=interncac
he-nao&oh=03_AdQeD8mv8GxkcG-fHngkkHiDO
gbcz1DQYEdGuWytlBsnIw&oe=635BDBE8&dl=1

**Author** Johnny Harris (Facebook: 100000599942034)
   **Sent** 2021-09-13 17:41:02 UTC
   **Body** Fucking crazy

**Author** ███████████ (Facebook: 100071478430295)
   **Sent** 2021-09-13 19:47:50 UTC
   **Body** Yeah I know right.

Exhibit B-91.2, Chat with FB Contact ███████████

███████████ (Facebook: 100009297305940)
**Sent** 2021-03-20 04:21:24 UTC
**Body** John boy harris.what in the fuck were you thinking... Storm the white house... you know you should have worn a mask...

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2021-06-25 18:28:28 UTC
**Body** If I would have wore a mask, you wouldn't have seen my purdy face! Also I was thinking if I do nothing, then nothing changes.

**Author** ███████████ (Facebook: 100009297305940)
**Sent** 2021-06-26 04:08:17 UTC
**Body** But my brother..what changed?...but you got balls...

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2021-06-26 04:14:39 UTC
**Body** You will see. The election was a fraud, truth coming out daily. I always had balls, it's not as bad as you think for me. I done nothing wrong, I didnt go there to fight. I'm not charged with felony. They offered me a 500 fine and 1 misdemeanor parading with a flag. I turned it down. I am not guilty of nothing. Love you brother

**Author** Johnny Harris (Facebook: 100000599942034)
**Sent** 2021-06-26 16:45:49 UTC
**Body** Thanks for the love, quick question, is Biden your president

**Author** ███████████ (Facebook: 100009297305940)
**Sent** 2021-06-26 19:24:44 UTC
**Body** You my homeboy Johnny &HELL ▢▢no Biden not who I voted for...

Exhibit B-92, Chat with FB Contact ███████████

| **Current** | 2022-10-27 19:55:13 UTC |
| **Participants** | Mike Lindell (Facebook: 150811482040817) |
| | Johnny Harris (Facebook: 100000599942034) |

| **Author** | Johnny Harris (Facebook: 100000599942034) |
| **Sent** | 2021-04-26 16:35:47 UTC |
| **Body** | Hello Mr. Lindell, Hope you are well.  Really like the new platform! I have film of importance from Jan.6  I was there filming., Also have been charged with a few misdemeanors. I did nothing wrong, and I am not worried about my charges,  I need my film to get to the right people. It is Very Important. I can drive it to any destination. Please let me know if you are interested. I can send you my phone number if you want. |

| **Author** | Mike Lindell (Facebook: 150811482040817) |
| **Sent** | 2021-04-26 16:35:48 UTC |
| **Body** | Thank you for messaging Mr. Lindell's fan page! Unfortunately he is unable to respond to any messages. For more information on Mr. Lindell or his platform please visit www.michaeljlindell.com. Thank you! |

Exhibit B-93, Direct Message to Mike Lindell Fan Page

**Time** 2021-07-03 01:33:30 UTC
**Type** Comments
**Summary** Johnny Harris commented on ▮▮▮▮▮▮▮▮▮▮ post. `Hell yeah, I like me
some Extremist peoples`
**Object Id** S:_I1416107408639463_1_100000599942034_aTo0MTA5MzIxODcyNDgyOTcyOw==_
45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfZW4iO2k6NDEwNjU2MDUxMjc1
OTEwODt9_1625276010

Exhibit B-94, Posted July 3, 2021

**Time** 2021-05-23 14:42:59 UTC
**Type** Comments
**Summary** Johnny Harris commented on ▮▮▮▮▮▮▮▮ photo. `I know Antifa was there directing and instigating  things. I filmed them! It will be released  soon.`
**Object Id** S:_I1416107408639463_1_100000599942034_aToxMDIxOTkzMzI5NjAyNTg5MTs=_45_0_RDoxOntzOjIxOiJmZWVkYmFja190YXJnZXRfdG9rZW4iO2k6MTAyMTk5MzAyNjI1OTA5wNTc7fQ==_1621780979

Exhibit B-95, Posted May 23, 2021