UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-CR-00274 (RDM) |
| v. : | |
| : | |
| JOHNNY HARRIS, : | |
| : | |
| Defendant. : | |

NOTICE OF FILING OF VIDEO
PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit A: Videos from January 6 provided by Harris

- Exhibit C: Open-source video showing Harris on January 5

- Exhibit D: Open-source video showing Harris on January 5

- Exhibit E: Open-source video showing Harris on January 5

- Exhibit F: Open-source video showing Harris with the Proud Boys

- Exhibit G: Body worn camera video showing Harris enter the Capitol building

- Exhibit H: Surveillance video showing Harris enter the Capitol building

- Exhibit I: Surveillance video showing Harris enter the Capitol building

- Exhibit J: Body worn camera video showing Harris near the Old Supreme Court Chamber

- Exhibit K: Surveillance video showing Harris in the Rotunda

1

- Exhibit L: Surveillance video showing Harris in the Rotunda

- Exhibit M: Surveillance video showing Harris near the Rotunda Door

- Exhibit N: Open-source video showing Harris interviewed by a journalist

- Exhibit O: Body worn camera video showing Harris in the Rotunda

- Exhibit P: Body worn camera video showing Harris in the Rotunda

- Exhibit Q: Body worn camera video showing Harris in the Rotunda

- Exhibit R: Surveillance video showing Harris exit the Capitol building

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   s/ *Will N. Widman*
      WILL N. WIDMAN
      Trial Attorney, Detailee