Randy Cope                Veteran - USMC

[redacted]

To whom it may concern

I am a long time friend of 35 years or so of Johnny Harris I have worked many hours over the years with Johnny And he is like a brother to me he will help Anyone in need if he has it to give.
Many people look up to him because of his good heart.

Although he has been ~~charged with~~ found guilty of a crime there are people counting on him to be there every month to take care of his properties that he rents out And other events he does.

Thank you to the Court for this time.

I Ask you to be leniet on Johnny he has Already spent Alot of money And time on this matter.

Thank you Again

I Am Available to Confirm Any of this letter-

Sincerely

Randy Cyre

5-22-23

My name is Grady Lee JACKson JR. I have been Jonny Harris neighbor for five years. He has been a wonderful neighbor and friend. He has always been there when ever I needed him. I am a 100 percent Disabled Veteran, and I know he loves this country. He is definitely a very positive asset to this community. He has touched many peoples lives, if you need further valadation reach out to me anytime. Grady Lee JACKson JR, ~~205~~ ~~[redacted]~~

~~[redacted]~~

Grady L. Jackson Jr

TO: The MOST HONORABLE

Sir, I am writing this letter for my son Johnny L. Harris and his upcoming sentence. Should we (my wife and I) loose the services of our son it would place a very troubling hardship on us, as I am 81 and my wife is 83. Johnny does a lot of things daily for us. Grocery shopping, picking up medicines. Really too many things to list. Best way to say it is Johnny is keeping us out of a nursing home and insuring our freedom. I know that what Johnny did at the Capital is questionable, but none of us are perfect. Johnny has often stated to me that he rues that day and is truly sorry. So in closing I would ask that you maybe show a little leniency to my son. Maybe my wife and I will be able to enjoy our few remaining yrs.

Thank you for your time and service to justice and our Country.

Leroy Harris
5-25-23

May 25, 2023

To Whom It May Concern:

I have known Mr. Johnny Harris for the past 3-4 years. Our association began as I was working in the neighborhood he lives tending to community cats. His neighbor and I had been feeding and seeing to the needs of a colony of 7 to 10 cats when she had to move. Since cats accustomed to this kind of life rarely do well without intense supervision if relocated, and since the neighbor moving could not provide that supervision the lives of the animals were literally at stake. Without supervision, and someone stepping forward to take on the responsibility of providing food, water, and necessary care, the cats may have perished. The kind, caring, and willing Mr. Harris assumed the role of caregiver for these cats... cats that I had spent several years trapping, spaying, neutering, and for which I provided veterinary treatment when needed. Without Mr. Harris, their lives would have most certainly been in jeopardy.

He has faithfully cared for them these past few years which speaks volumes for his character. He updates me

regularly on their status, and so ensures their well-being. From nearly 40 years experience with situations such as these, I can report without doubt, that reliable, truthful, kind hearted, benevolent people like Mr. Harris are extremely rare, and I am proud to call him friend. Not only has caring for this colony been an obvious service to these cats and me, but anytime animals such as these are overseen so carefully it serves the community in which they live.

Sincerely,
Sherry Crowder